Prestige Financial
251 W Opportunity Way
Draper UT 84020

Franklin Park Apartment
9001 Edmonston Rd Ste 10
Greenbelt Md 20770

Arden Pointe Apartments
13315 Edinburg Lane
Laurel, Md 20708

Market Usa
8871 Gorman Rd Ste 100
Laurel Md 20723

BGE
Po Box 4500
Allen TX 75013

West Lake Financial
4751 Wilshire Blvd Ste 1
Los Angeles CA 90010

Elephant Auto Insurance
7206 Hull St Ste 211
Richmond, VA 23226

Acceptance Now
5501 Headquarters Drive
Plano TX, 75024

AWA Collect
Po Box 6605
Orange, CA 92867